UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                FINAL ORDER OF FORFEITURE

   - against -                                18-CR-318 (S-1) (ERK)

YURIY BARAYEV,

              Defendant.

- - - - - - - - - - - - - - - - X

WHEREAS, on or about February 26, 2020, Yuriy Barayev (the "defendant"), was convicted at trial of Counts One through Eight of the above-captioned Superseding Indictment, charging violations of 18 U.S.C. §§ 1347 and 1956(a)(1)(B)(i);

WHEREAS, on August 10, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of three million nine hundred seventy-four thousand four hundred forty-seven dollars and zero cents ($3,974,447.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following assets (collectively, the "Subject Assets"):

   (i)   approximately eight thousand three hundred twenty-five dollars and zero cents ($8,325.00) in United States currency seized on or about June 1, 2016, from the premises located at 62-06 Woodhaven Boulevard, Rego Park, New York; and

   (ii)   approximately thirty-five thousand three hundred twenty-five dollars and zero cents ($35,325.00) in United States currency seized on or about June 1, 2016, from the premises located at 147-35 84th Road, Briarwood, New York,

are forfeitable to the United States, pursuant to 18 U.S.C. §§ 982(a)(1) and 982(a)(7), as:

(a) property, real or personal, that constitutes or is derived, directly or indirectly, from gross

proceeds traceable to the defendant's violation of 18 U.S.C. § 1347; (b) any property, real or personal, involved in the defendant's violations of 18 U.S.C. § 1956(a)(1)(B)(i), or any property traceable to such property; and/or (c) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) (ECF No. 81);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 3, 2022 through and including December 2, 2022 (ECF No. 85); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(1), 982(a)(7) and 982(b)(1), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Subject Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the U.S. Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Paralegal Yvette Ramos, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
             October 15, 2025

SO ORDERED:

*Edward R. Korman*
HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK